IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>BRANDON STRAKA,<br><br>             Defendant. | 8:21MJ63<br><br>ORDER FOR DISMISSAL |

      Pursuant to Motion of the United States (Filing No. 19), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Criminal Complaint against BRANDON STRAKA.

      IT IS ORDERED that the Motion to Dismiss the Complaint (Filing No. 1) is granted.

      Dated this 7th day of October, 2021.

BY THE COURT:

MICHAEL D. NELSON
United States Magistrate Judge